UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Kwame Dadzie,                                                Case No. 3:21-cv-1989

                 Plaintiff,

      v.                                              MEMORANDUM OPINION
                                                                      AND ORDER

Commissioner of Social
Security Administration,

                 Defendant.

        Before me is the Report and Recommendation ("R & R") of Magistrate Judge Darrell A. Clay filed on September 30, 2022. (Doc. No. 15). Under the relevant statute:

> Within [fourteen (14)] days after being served a copy of these proposed Findings and Recommendation, any party who wishes to object must file and serve written objections or further appeal is waived.

*United States v. Campbell,* 261 F.3d 628, 631-32 (6th Cir. 2001) (citation omitted); *see also* 28 U.S.C. § 636(b)(1) (effective Dec. 1, 2009); Fed. R. Civ. P. 72(b)(2). In this case, the fourteen-day window for objections has elapsed, and no objections have been filed.

        Following review of Judge Clay's R & R, I adopt it in its entirety as the Order of the Court. I agree that the ALJ appropriately concluded Plaintiff's impairments did not meet Listings 12.04, 12.06, or 12.15. I also agree that the ALJ's residual functional capacity ("RFC") assessment is supported by substantial evidence. Finally, I find Judge Clay correctly concluded Plaintiff is not entitled to remand under Sentence Six here. Therefore, I affirm the ALJ's decision, as recommended by Judge Clay, and close this case.

        So Ordered.

                                                              s/ *Jeffrey J. Helmick*
                                                              United States District Judge